SCHOOL DISTRICT NO. 89, STEPHENS COUNTY, v. COX.

No. 1924.  Opinion Filed November 16, 1910.

APPEAL AND ERROR—Case-Made—Expiration of Time.  A party desiring to appeal has three days by statute in which to serve the case-made after the judgment or order appealed from is entered, and unless such case-made is served within that time, or within an extension of time allowed by the judge or court within said time, the case will not be considered in this court.

(Syllabus by the Court.)

*Error from Stephens County Court; W. H. Admire, Judge.*

Action between J. D. Cox and School District No. 89, Stevens County. Appeal by the school district dismissed.

*Amil H. Japp,* for plaintiff in error.
*W. H. Sitton,* for defendant in error.

DUNN, C. J. This case presents error from the county court of Stephens county. August 20, 1909, there was made and entered an order denying motion of plaintiff in error for new trial, and an order made, which was subsequently extended, providing for making and serving a case-made within forty-five days. The case-made was not served until October 11, 1909, which was a time subsequent to the expiration of the time allowed. Counsel for defendant in error have filed a motion to dismiss the petition in error for this reason, which, under the uniform holdings of this court, must be sustained. See case of *Carr v. Thompson et al.* (*ante*) 108 Pac. 1101, and authorities therein cited, and case of *McCoy v. McCoy et al.,* (*ante*), delivered at this term of court.

The cause is accordingly dismissed.

All the Justices concur.